# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SARAH LYNNE HANSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00245-RSP |
| | § | |
| WERNER ENTERPRISES, INC. and | § | |
| ANGELO MIGUEL FLORES, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Currently before the Court are the documents produced for *in camera* inspection by Defendants as ordered by the Court during the March 10, 2022 hearing on Plaintiff's motion to compel. (*See* Notice at Dkt. No. 31). The documents are said by Defendants to be the accident investigation materials generated by Defendants during the time between the date of the accident on August 13, 2019 and the receipt by Defendants of a letter from counsel for Plaintiff asserting a claim. The Court directed an *in camera* review to determine whether the materials were generated in the regular course of business or in anticipation of litigation.

After a careful review of the records produced for *in camera* review, the Court finds that all records generated on August 13 – 16, 2019 are in the regular course of business and that everything from August 17, 2019 forward was in anticipation of litigation. Accordingly, Defendants are ordered to produce all records generated before August 17, 2019.

**SIGNED this 29th day of June, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE